**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

David Demias White, Jr. and Shaquanda Chalese Page,
Defendants,

Of whom Shaquanda Chalese Page is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-001699

———————————

Appeal From Lancaster County
Coreen B. Khoury, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-149
Submitted March 29, 2023 – Filed April 6, 2023

———————————

**AFFIRMED**

———————————

Nancy Carol Fennell, of Irmo, for Appellant.

Doni M. McCoy, of Bennettsville, as Guardian ad Litem
for Appellant.

Kathryn J. Walsh, of South Carolina Department of Social Services, of Spartanburg, for Respondent.

Harry A. Hancock, of Columbia, for the Guardian ad Litem for the minor children.

---

**PER CURIAM:**  Shaquanda Chalese Page appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Page's counsel.

**AFFIRMED.**[1]

**KONDUROS and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.